# Exhibit B

**Delta eGift Card and physical Gift Card Terms and Conditions**

    I.      **Redemption**

- The eGift Card Number and Redemption Code located in the digital Delta eGift Card ("eGift") or on the back of the physical Delta Gift Card ("Card"), as applicable, are required for redemption.
- eGifts and Cards purchased through delta.com may not be redeemed within seventy-two (72) hours after the time of purchase. Cards purchased in retail locations may require at least twenty-four (24) hours after the time of purchase before redemption.
- eGifts and Cards can only be redeemed using one of the methods specified below :
  - Through delta.com.
  - Call Delta Air Lines Reservations and advise the agent that you are redeeming an eGift or a Card. In the U.S. and Canada, call 800-221-1212 or 800-225-2525; in Japan, call 0570-077733 or 0476-31-8000; and in all other countries, call the local Delta Air Lines Reservations office. This method of redemption may result in direct ticketing charges.
  - Call Delta Vacations at 800-800-1504. (Travel agents, call 800-727-1111.)
  - In person at a Delta Air Lines City Ticket Office (CTO) or with Delta Air Lines Airport Customer Service (ACS).
  - Through a Delta Air Lines General Sales Agent (GSA).

    II.      **Other Terms and Conditions**

- Call 800-221-1212 for balance information and customer service.
- eGifts and Cards may only be used for the total purchase price of air transportation, including taxes, fees, and surcharges imposed on the air transportation. They may not be used for any additional fees (including baggage fees) or for any other products or services (including class upgrades, in-flight purchases, premium seating, mileage booster, SkyMiles Cruises, cargo, hotel stays, or car rentals).
- eGifts and Cards may only be used for travel on Delta Air Lines marketed flights, including those operated as Delta Connection® and by Delta Air Lines codeshare partners with a Delta Air Lines flight number.
- eGifts and Cards may only be used for the Delta Air Lines air transportation portion of a Delta Vacations package.
- eGifts and Cards can be issued only in U.S. dollars ("USD"). If an eGift or a Card is used for the purchase of a ticket issued in a currency other than USD, the full value of the eGift or Card will be converted to that currency using the Bankers Rate of Exchange in effect on the date of ticket issuance, and the rate of exchange will be indicated on the ticket.
- Tickets purchased using eGifts and Cards are subject to the applicable Delta Air Lines **Contract of Carriage** and fare rules (including change penalties).
- If redeemed at **www.delta.com**, a maximum of three eGifts or Cards can be applied towards a single transaction, regardless of the number of tickets purchased as part of that transaction; if redeemed through any other method, a maximum of three eGifts or Cards can be applied toward a single ticket. eGifts and Cards can be used with other eGifts and/or Cards, but cannot be used in conjunction with any other certificate, voucher or credit towards a single ticket.
- eGifts and Cards are not reloadable and do not expire. No service or inactivity fees apply.
- eGifts and Cards, including those that are lost, stolen, or destroyed, will not be replaced by Delta for any reason.
- eGifts and Cards are not credit, debit or charge cards, and have no implied warranties.
- eGifts and Cards are not refundable and cannot be redeemed or exchanged for cash, check or credit except where refund or redemption is required by law.
- Where eGifts or Cards are redeemed for a ticket, but travel is not taken, the value of the redeemed ticket (after any applicable penalties) will be provided in accordance with Delta Air Lines' standard policy regarding ticket refunds.
- eGifts and Cards may only be sold by Delta and Delta-licensed vendors. eGifts and Cards that are for sale or sold by an unlicensed vendor are subject to confiscation or voiding by Delta.
- eGifts and Cards that are altered or obtained fraudulently are subject to confiscation or voiding by Delta.
- Delta is not responsible for eGifts or Cards that are undeliverable or not received due to inaccurate delivery information provided by the purchaser.
- Delta reserves the right to refuse, cancel or hold for review transactions initiated using eGifts or Cards for suspected fraud, incorrect certificate or card denomination, or violations of these terms and conditions.
- Delta may at any time and without notice change these terms and conditions or contract with a third party to administer the eGift program or the Card program.
- Use of eGifts and Cards is subject to applicable law. In the event of a conflict between these terms and conditions and applicable law, applicable law will govern.
- The laws of the state of Georgia, without regard to its conflicts of law provisions, apply to these Terms and Conditions and use of any eGift or Card.
- Delta and its affiliates make no warranties, express or implied, with respect to eGifts and Cards, including any express or implied warranty of merchantability or fitness for a particular purpose.
- eGifts and Cards are issued by Delta Gift Cards, Inc. ("Delta"), an affiliate of Delta Air Lines, Inc., that is authorized to issue eGifts and Cards for sale by Delta and Delta-licensed vendors to be used toward the total purchase price of air transportation on Delta Air Lines marketed flights.