# Exhibit D

**WELLBORN & WALLACE, LLC**

1175 Peachtree St. NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361

Phone: (404) 815-9595
Fax: (404) 815-9957
Web: www.wellbornlaw.com

Kelly O. Wallace
Direct: (404) 815-7714
E-mail: kelly@wellbornlaw.com

January 10, 2018
*Via UPS Two Day Express*
*And via e-mail to support@giftcardspread.com*

TDM Investments, LLC
d/b/a Gift Card Spread
c/o Isha Khurana, Registered Agent
820 N. Orleans St. Suite 207
Chicago, IL 60610

TDM Investments, LLC
d/b/a Gift Card Spread
820 N. Orleans St. Suite 330
Chicago, IL 60610

      RE:    Cease and desist demand on behalf of Delta Air Lines, Inc.;
                Unauthorized resale of Delta Gift Cards and e-Gift Codes;
                Unauthorized access and trespass upon Delta Air Lines, Inc.'s computer networks;
                Unauthorized use of Delta Trademarks;

To Whom it May Concern –

      Please be advised that my law firm represents Delta Air Lines, Inc. ("Delta"). This correspondence constitutes my client's formal demand that you cease and desist from the activities identified herein, and it is also our notice of a potential claim against you for: (1) the infringement of Delta's registered trademarks; (2) your willful violation of the terms and conditions for physical Delta Gift Cards and eGift Cards; and (3) the illegal and unauthorized trespass on Delta's computer systems and networks.

      Delta recently became aware that you are selling (and offering to purchase) physical Delta Gift Cards ("Cards") and eGift Cards ("eGifts") through your website, www.GiftCardSpread.com (the "Website"). As an initial matter, these transactions are <u>expressly prohibited</u> by the Delta eGiftCard and Physical Gift Card Terms and Conditions (the "Terms and Conditions"):

TDM Investments d/b/a GiftCardSpread.com
January 10, 2018
Page 2 of 3

> "**eGifts and Cards may only be sold by Delta and Delta-licensed vendors**. eGifts and Cards that are for sale or sold by an unlicensed vendor are subject to confiscation or voiding by Delta."

(emphasis added). A full copy of the Terms and Conditions is included herein with this letter.

<u>Accordingly, Delta demands that you immediately (1) cease and desist from any and all transactions involving or relating to the purchase or sale of Delta Cards and/or Delta eGifts; and (2) provide Delta with all of the eGift codes currently in your inventory for sale through the Website</u>.

In addition, Delta has become aware that portions of its website and computer networks have been subjected to a continuous stream of unauthorized and automated information requests originating from IP addresses and systems associated with your Website.

From Delta's analysis of this traffic, this activity is resulting from automated "scrapers" accessing the balance information for a large number of eGifts. This activity is not authorized, and is in direct violation of the terms of service for Delta's website, available at https://www.delta.com/content/www/en_US/legal/terms-of-use.html. I have included a full copy of Delta's website's terms and conditions with this letter as well. Specifically:

> "All content on this Internet site is owned or controlled by Delta Air Lines and is protected by worldwide copyright laws. **You may download content only for your personal use for non-commercial purposes, but no further reproduction or modification of the content is permitted.** The products, technology or processes described in this site may be the subject of other intellectual property rights reserved by Delta Air Lines or other third parties. No license is granted with respect to those intellectual property rights."

(emphasis added). This includes both the checking of the balances of the eGifts that you have in your inventory as well as the "service" you provide to visitors to check their own balances through your Website via a direct link to Delta's website.

Your unauthorized use and access to Delta's website and computer networks, including but not limited to the illegal harvesting of data therein, constitutes computer trespass, as defined in the Computer Fraud and Abuse Act. <u>See</u>, 18 U.S.C. § 1030(a)(2) and (a)(5)(A), (B) and (C). You actions subject you to liability for all of Delta's damages (including hardware, software, and employee costs) as well as any attorney fees incurred in addressing the illegal conduct.

TDM Investments d/b/a GiftCardSpread.com
January 10, 2018
Page 3 of 3

  Finally, your solicitation for the purchase and sale of Delta Cards and eGifts, as well as your Website's offer to allow users to check the balance of their Delta Cards and eGifts, makes unauthorized use of one or more of Delta's registered trademarks. Such use creates confusion in the minds of the consuming public regarding your Website's affiliation with Delta, and/or Delta's endorsement, recommendation, or other connection with your services. Such unauthorized use is expressly prohibited by state and federal law, including (but not limited to) the Lanham Act (15 U.S.C. § 1125(a)) and Georgia law prohibiting unfair competition (O.C.G.A. § 23-2-55). <u>Delta formally demands that you immediately cease and desist from any further use of any of its trademarks or service marks and that you remove any such words, names, or images from the Website</u>.

  Please confirm <u>in writing</u> that you will promptly comply with these reasonable demands from Delta, and that you will do so <u>immediately</u>. Please feel free to contact me at any time if you have any questions regarding this matter.

            Yours Truly,

            Kelly O. Wallace

**Delta eGift Card and physical Gift Card Terms and Conditions**

    **I.**        **Redemption**

- The eGift Card Number and Redemption Code located in the digital Delta eGift Card ("eGift") or on the back of the physical Delta Gift Card ("Card"), as applicable, are required for redemption.
- eGifts and Cards purchased through delta.com may not be redeemed within seventy-two (72) hours after the time of purchase. Cards purchased in retail locations may require at least twenty-four (24) hours after the time of purchase before redemption.
- eGifts and Cards can only be redeemed using one of the methods specified below :
  - Through delta.com.
  - Call Delta Air Lines Reservations and advise the agent that you are redeeming an eGift or a Card. In the U.S. and Canada, call 800-221-1212 or 800-225-2525; in Japan, call 0570-077733 or 0476-31-8000; and in all other countries, call the local Delta Air Lines Reservations office. This method of redemption may result in direct ticketing charges.
  - Call Delta Vacations at 800-800-1504. (Travel agents, call 800-727-1111.)
  - In person at a Delta Air Lines City Ticket Office (CTO) or with Delta Air Lines Airport Customer Service (ACS).
  - Through a Delta Air Lines General Sales Agent (GSA).

    **II.**       **Other Terms and Conditions**

- Call 800-221-1212 for balance information and customer service.
- eGifts and Cards may only be used for the total purchase price of air transportation, including taxes, fees, and surcharges imposed on the air transportation. They may not be used for any additional fees (including baggage fees) or for any other products or services (including class upgrades, in-flight purchases, premium seating, mileage booster, SkyMiles Cruises, cargo, hotel stays, or car rentals).
- eGifts and Cards may only be used for travel on Delta Air Lines marketed flights, including those operated as Delta Connection® and by Delta Air Lines codeshare partners with a Delta Air Lines flight number.
- eGifts and Cards may only be used for the Delta Air Lines air transportation portion of a Delta Vacations package.
- eGifts and Cards can be issued only in U.S. dollars ("USD"). If an eGift or a Card is used for the purchase of a ticket issued in a currency other than USD, the full value of the eGift or Card will be converted to that currency using the Bankers Rate of Exchange in effect on the date of ticket issuance, and the rate of exchange will be indicated on the ticket.
- Tickets purchased using eGifts and Cards are subject to the applicable Delta Air Lines **Contract of Carriage** and fare rules (including change penalties).
- If redeemed at **www.delta.com**, a maximum of three eGifts or Cards can be applied towards a single transaction, regardless of the number of tickets purchased as part of that transaction; if redeemed through any other method, a maximum of three eGifts or Cards can be applied toward a single ticket. eGifts and Cards can be used with other eGifts and/or Cards, but cannot be used in conjunction with any other certificate, voucher or credit towards a single ticket.
- eGifts and Cards are not reloadable and do not expire. No service or inactivity fees apply.
- eGifts and Cards, including those that are lost, stolen, or destroyed, will not be replaced by Delta for any reason.
- eGifts and Cards are not credit, debit or charge cards, and have no implied warranties.
- eGifts and Cards are not refundable and cannot be redeemed or exchanged for cash, check or credit except where refund or redemption is required by law.
- Where eGifts or Cards are redeemed for a ticket, but travel is not taken, the value of the redeemed ticket (after any applicable penalties) will be provided in accordance with Delta Air Lines' standard policy regarding ticket refunds.
- eGifts and Cards may only be sold by Delta and Delta-licensed vendors. eGifts and Cards that are for sale or sold by an unlicensed vendor are subject to confiscation or voiding by Delta.
- eGifts and Cards that are altered or obtained fraudulently are subject to confiscation or voiding by Delta.
- Delta is not responsible for eGifts or Cards that are undeliverable or not received due to inaccurate delivery information provided by the purchaser.
- Delta reserves the right to refuse, cancel or hold for review transactions initiated using eGifts or Cards for suspected fraud, incorrect certificate or card denomination, or violations of these terms and conditions.
- Delta may at any time and without notice change these terms and conditions or contract with a third party to administer the eGift program or the Card program.
- Use of eGifts and Cards is subject to applicable law. In the event of a conflict between these terms and conditions and applicable law, applicable law will govern.
- The laws of the state of Georgia, without regard to its conflicts of law provisions, apply to these Terms and Conditions and use of any eGift or Card.
- Delta and its affiliates make no warranties, express or implied, with respect to eGifts and Cards, including any express or implied warranty of merchantability or fitness for a particular purpose.
- eGifts and Cards are issued by Delta Gift Cards, Inc. ("Delta"), an affiliate of Delta Air Lines, Inc., that is authorized to issue eGifts and Cards for sale by Delta and Delta-licensed vendors to be used toward the total purchase price of air transportation on Delta Air Lines marketed flights.

MY TRIPS    BOOK A TRIP    FLIGHT STATUS    CHECK IN      SIGN UP    LOG IN

# TERMS OF USE

All content on this Internet site is owned or controlled by Delta Air Lines and is protected by worldwide copyright laws. You may download content only for your personal use for non-commercial purposes, but no further reproduction or modification of the content is permitted. The products, technology or processes described in this site may be the subject of other intellectual property rights reserved by Delta Air Lines or other third parties. No license is granted with respect to those intellectual property rights.

The information presented here has been compiled by Delta Air Lines from internal and external sources. However, no representation is made or warranty given as to the completeness or accuracy of such information. In particular, you should be aware that this information may be incomplete, may contain errors or may have become out of date. You should therefore verify information obtained from this site before you act upon it by calling your local Delta Air Lines office, the Delta Air Lines marketing partner concerned or a travel agent, as applicable. Delta Air Lines shall not be liable for any damages or injury resulting from your access to, or inability to access this Internet site, or from your reliance on any information provided in the site.

**This publication is provided "as is" without warranty of any kind, either express or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose and non-infringement.**

This Internet site may provide links or reference to other sites, but Delta Air Lines has no responsibility for the content of such other sites and shall not be liable for any damages or injury arising from that content. Any links to other sites are provided merely as a convenience to the users of this Internet site.

The trademarks, service marks and trade names shown in this Internet site are protected in the United States and internationally. No use of these may be made without the prior, written authorization of Delta Air Lines or the marketing partner concerned, except to identify the products or services of the company.

The carriage of passengers, baggage and cargo by air will be subject to the Conditions of Carriage of the carriers concerned which, in the case of Delta Air Lines, may be seen on request by contacting a Delta Air Lines city ticket office or ticket counter. Other services and products described in this Internet site will also be subject to terms and conditions, details of which may be obtained from Delta Air Lines or its service provider (as applicable).

Any communications you send to this Internet site or otherwise to Delta Air Lines by electronic mail, with the exception of personally identifiable information, are on a non-confidential basis, and Delta Air Lines is under no obligation to refrain from reproducing, publishing or otherwise using them in any way for any purpose. Delta Air Lines shall be free to use the content of any such communications, including any ideas, inventions, concepts, techniques or know-how disclosed therein, for any purpose, including the developing, manufacturing and/or marketing of goods or services. Use of any personally identifiable information will be governed by Delta Air Lines Privacy Policy.

| Connect With Us | Get To Know Us | Need Help? | Languages |
|---|---|---|---|
| Mobile Apps | About Delta | Email Us | Español \| English |
| Facebook | Careers | Talk To Us | Português \| English |
| Twitter | News Hub | Tweet Us | 简体中文 \| English |
| Blog | Legal | Login Help | 日本語 \| English |
| | Cookies, Privacy & Security | Browser Compatibility | Deutsch \| English |
| | Corporate Travel | Contract of Carriage | See Other Languages |
| | Travel Agents | Customer Commitment | |
| | Accessibility | Tarmac Delay Plan | |
| | Human Trafficking Statement | | |
| | Site Map | | |

©2018 Delta Air Lines, Inc.      Website Feedback