# Exhibit E



Case: 1:18-cv-00968 Document #: 1-5 Filed: 02/06/18 Page 2 of 2 PageID #:48