IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:18-cv-00968 |
| v. | ) | |
| | ) | Judge Sharon Johnson Coleman |
| TDM INVESTMENTS, LLC d/b/a | ) | |
| GiftCardSpread.com and JOHN DOES 1-5 | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:    Jonathan P. Froemel
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606

Kelly O. Wallace
WELLBORN & WALLACE, LLC
1175 Peachtree St. NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361

PLEASE TAKE NOTICE that on Monday, April 9, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in the courtroom usually occupied by her, Room 1425, in the United States District Courthouse at 219 South Dearborn Street, Chicago,

Illinois, and present **DEFENDANT TDM INVESTMENTS, LLC'S MOTION TO DISMISS,** a copy of which is attached hereto.

                                        Respectfully submitted,

                                        TDM INVESTMENTS, LLC

Date:   April 2, 2018                By:   /s/ Mark R. Bagley
                                              Mark R. Bagley
                                              TOLPIN & PARTNERS, PC
                                              100 North LaSalle Street, Suite 501
                                              Chicago, Illinois 60602
                                              (312) 698-8971

                                              *Attorney for Defendant*
                                              *TDM Investments, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via the Northern District of Illinois electronic filing system to:

>Jonathan P. Froemel
>BARNES & THORNBURG LLP
>One N. Wacker Drive, Suite 4400
>Chicago, Illinois 60606
>
>Kelly O. Wallace
>WELLBORN & WALLACE, LLC
>1175 Peachtree St. NE
>100 Colony Square, Suite 300
>Atlanta, Georgia 30361

on this 2nd day of April, 2018.

                                                /s/ Mark R. Bagley
                                                Mark R. Bagley