# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Delta Air Lines, Inc.
                                         Plaintiff,

v.                                                       Case No.: 1:18−cv−00968
                                                      Honorable Sharon Johnson Coleman

TDM Investments, LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 12, 2018:

      MINUTE entry before the Honorable Michael T. Mason:This case has been referred to Magistrate Judge Mason. Status hearing set for 5/22/2018 at 10:00 a.m. in courtroom 2266. Parties are directed to submit an agreed proposed discovery schedule by 5/16/18. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.