UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC. | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:18-cv-00968 |
| | ) | District Judge Sharon Johnson Coleman |
| TDM INVESTMENTS, LLC d/b/a | ) | Magistrate Judge Michael T. Mason |
| GiftCardSpread.com and JOHN DOES 1-5, | ) | |
|     Defendants. | ) | |

## JOINT MOTION TO DISMISS

Pursuant to a settlement agreement reached among Delta Air Lines, Inc. ("Delta") and Defendant TDM Investments, LLC d/b/a GiftCardSpread.com ("TDM"), Delta and TDM hereby jointly move the Court for the entry of an order, pursuant to Fed. R. Civ. P. 41(a)(2), dismissing this action against TDM with prejudice. Delta and TDM have agreed to such dismissal as a part of their agreement to settle this case. A proposed Order dismissing this case is being submitted to this Court's chambers via the following link: Proposed_Order_Coleman@ilnd.uscourts.gov.

Respectfully submitted this 18th day of January, 2018.

By: /s/Mark Bagley
Mark R. Bagley
Tolpin & Parters, PC
100 N. LaSalle Street, Suite 501
Chicago, IL 60602
Telephone: (312) 698-8971
Facsimile:
Email: mark@tolpinlaw.com


Attorney for TDM Investments, LLC d/b/a
GiftCardSpread.com and John Does 1-5

By: /s/ Jonathan P. Froemel
Jonathan P. Froemel
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: jfroemel@btlaw.com

Also:
Kelly O. Wallace
*(admitted pro hac vice)*
WELLBORN & WALLACE, LLC
1175 Peachtree St. NE
100 Colony Square, Suite 300
Atlanta, GA 30361
Telphone: (404) 815-7714
Facsimile: (404) 815-9957
Email: Kelly@wellbornlaw.com

Attorneys for Delta Air Lines, Inc.

## CERTIFICATE OF SERVICE

      I, Jonathan P. Froemel, an attorney, hereby certify that I served a true and correct copy of the foregoing **Joint Motion to Dismiss** on all counsel of record via the Northern District of Illinois electronic filing system on January 18, 2019.

/s/ Jonathan P. Froemel